FILED
SEP 15 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| USA, <br> Plaintiff(s), <br> v. <br> STEPHEN JOSEPH HEUER, <br> Defendant(s). | NO. 5:08-cr-00866-001 EJD <br><br> **ORDER REQUESTING APPEARANCE FOR HEARING AS TO DEFENDANT STEPHEN HEUER** |

On July 18, 2011, the Court held a status hearing. The Defendant appeared by telephone, in *pro se* status. At the July 18 hearing, the Court set a date for further hearing re Status on Anticipated Defense Motions for September 12, 2011 at 1:30 PM. At the July 18 hearing, the Court ordered that the Defendant appear in person at the next scheduled date if he had not retained new counsel. On September 1, 2011, the Court approved the parties stipulation to continue the September 12, 2011 hearing to **October 3, 2011 at 1:30 PM** and exclude time pursuant to 18 U.S.C. § 3161(h)(1)(D). (See Docket Item No. 165).

The Court further extends its order for defendant Stephen Heuer to appear in person for the September 12, 2011 hearing to the October 3, 2011 hearing date. Should the defendant secure counsel prior to the hearing, counsel shall appear on behalf of the defendant before the Court.

**IT IS SO ORDERED.**

Dated: 9/15/11

EDWARD J. DAVILA
United States District Judge

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:

Stephen Joseph Heuer
160 Dewey Road
Greer, SC 29651

Dated: September 15 2011

Richard W. Wieking, Clerk

By: /s/ EJD Chambers
     Elizabeth Garcia
     Courtroom Deputy

NO. CV 08-00866 EJD
ORDER REQUESTING APPEARANCE FOR HEARING AS TO DEFENDANT STEPHEN HEUER