GEOFFREY A. HANSEN
Acting Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant BOHEN

**FILED**

AUG - 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN JOSEPH HEUER and<br>ROBERT TERRY BOHEN<br><br>Defendants. | No. CR-08-00866-02 EJD (PSG)<br><br>STIPULATION TO PERMIT ROBERT TERRY BOHEN TO TRAVEL OUTSIDE THE NORTHERN DISTRICT AND CENTRAL DISTRICT OF CALIFORNIA ON AUGUST 23, 2012 RETURNING ON OR BEFORE AUGUST 26, 2012, AND [~~PROPOSED~~] ORDER<br><br>**Honorable Howard R. Lloyd** |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate, subject to the Court's approval, that the Order Setting the Conditions of Release issued by the Court on March 5, 2009, be modified to permit Robert Terry Bohen, who lives in the Central District of California, to travel by automobile on August 23, 2012, to Ensenada, Mexico for a vacation with his wife and family, returning on August 26, 2012. Mr. Bohen will provide his itinerary to Pretrial services 48 hours in advance of August 23, 2012, including his lodging and local telephone numbers while in Ensenada, Mexico.

It is further stipulated that Pretrial Services shall release Mr. Bohen's passport forthwith to Mr. Bohen or his attorney of record, the Office of the Federal Public Defender. Mr. Bohen

shall return and surrender his passport within 48 hours of August 26, 2012, to the Pretrial Services office.

Counsel for the defense has provided a copy of this stipulation to Pretrial Services Officer Jaime Carranza and he has expressed no objection to the stipulation and proposed order.

Dated: August 7, 2012

           /s/
MANUEL U. ARAUJO
Assistant Federal Public Defender

Dated: August 7, 2012

           /s/
JEFFREY NEDROW
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

The Order Setting the Conditions of Release issued by the Court on March 5, 2009, shall be modified to permit Robert Terry Bohen who lives in the Central District of California to travel on August 23, 2012, to Ensenada, Mexico, returning to the United States of America on or before on August 26, 2012. It is further ordered that Mr. Bohen shall provide his itinerary to Pretrial services FORTY-EIGHT hours in advance of August 23, 2012, including his lodging and local telephone numbers while in the Mexico. IT IS ORDERED that Mr. Bohen report to Pretrial Services any changes in his itinerary.

IT IS FURTHER ORDERED that Pretrial Services shall release Mr. Bohen's passport forthwith to him or his attorney of record, the Office of the Federal Public Defender, and it is further Ordered that Mr. Bohen return and surrender his passport within 48-hours of August 26, 2012, to the Pretrial Services office.

All other conditions of release ordered on March 5, 2009, remain in full force and effect.

Dated: August __, 2012

HOWARD R. LLOYD
United States Magistrate Judge